writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Lindley M. Garrison, Mr. Emanuel J. Myers* and *Mr. Gordon S. P. Kleeberg* for petitioners. *Mr. William St. John Tozer* for respondents.

No. 849. C. C. CALHOUN *v.* BLAND MASSIE. March 24, 1919. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia granted. *Mr. Charles F. Consaul* for petitioner. No appearance for respondent.

No. 901. KWOCK JAN FAT *v.* EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION, ETC. March 31, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. J. H. Ralston* for petitioner. *Mr. Assistant Attorney General Porter* for respondent.

No. 924. GEORGE D. HORNING *v.* DISTRICT OF COLUMBIA. April 14, 1919. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Henry E. Davis* for petitioner. *Mr. Conrad H. Syme* and *Mr. P. H. Marshall* for respondent.

No. 943. T. M. DUCHE & SONS, LIMITED, *v.* AMERICAN SCHOONER JOHN TWOHY, ETC. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. William J. Conlen* for petitioner. *Mr. Howard M. Long* for respondent.